State *v.* Miller.

### THE STATE *v.* R. B. MILLER.

ATTORNEY-GENERAL. *Fees.* Where a bond of a county officer is reported insufficient, and a citation is issued by the Court to strengthen and increase the bond, and there is a judgment of ouster and costs against the officer, the Attorney-General representing the State is not entitled to a fee.

FROM SHELBY.

Attorney-General LEA for the State.

. T. W. BROWN for the District Attorney-General.

The bond of R. B. Miller, Public Guardian, was reported by the Grand Jury as insufficient. Citation was ordered by the Hon. L. B. Horrigan, J., presiding, and issued to the said Miller to strengthen and increase the amount of his bond or show cause why his office should not be declared vacant. Miller failed to give the required bond. Judgment of ouster and for cost was rendered against Miller.

The State was represented by the Attorney-General, who moved to tax a fee of five dollars. in the case.

The motion was disallowed by the Court, from which the Attorney-General appealed to this Court.

Opinion by the Court: The judgment of the the Criminal Court in this case is affirmed.